AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
JUN 26 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___BRA___ DEP CLK

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Jairo Sanchez-Vazquez<br><br>*Defendant(s)* | )<br>)<br>) Case No. 5:25-mj-1795-JG<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 29, 2024__ in the county of __Cumberland__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, was found in the United States after having previously been denied admission, excluded, deported, and removed from the United States on January 6, 2016, at Calexico, California, on August 21, 2023, at Brownsville, Texas, and on September 26, 2023, at Eagle Pass, Texas, and not having obtained the express consent of the Attorney General, or his successor, the Secretary of Homeland Security, to reapply for admission thereto. |

This criminal complaint is based on these facts:

Please see attached affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Frederick Tarry, Deportation Officer, ICE
*Printed name and title*

On this day, Frederick Tarry appeared before me via telephone, was placed under oath, and attested to the contents of this Complaint.

Date: 26 JUNE 2025

_____
*Judge's signature*

City and state: Raleigh, North Carolina

James E. Gates, U.S. Magistrate Judge
*Printed name and title*

KS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

AFFIDAVIT

1. I, Frederick Tarry, having been duly sworn, do hereby depose and state: I am a Deportation Officer with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), formerly known as the Immigration and Naturalization Service (INS), assigned to the Cary, North Carolina office. I have been employed by ICE for over 18 years. My duties routinely include the investigation of violations of the federal criminal statutes concerning immigration offenses, including the reentry of illegal aliens into the United States.

2. This affidavit is submitted as evidence of probable cause supporting the arrest warrant for Jairo Sanchez-Vazquez (hereinafter referred to as "SANCHEZ"), for reentry by an alien previously removed, in violation of Title 8 U.S.C. § 1326(a). This affidavit does not set forth all information known to your affiant about this case and is being submitted to provide sufficient information to establish probable cause.

3. In the course of this investigation, I have obtained information through law enforcement channels and the official Alien File (A-File) numbered A208 568 825. This file is maintained in the name of Jairo Sanchez-Vazquez and contains this individual's biographical information, family history, records of encounters with DHS, photographs, and fingerprints. Based on a review of documents from this A-File and relevant databases, I have concluded that it does in fact pertain to the defendant in this matter.

KS

1

4. The A-File documents and databases reflect the following information relative to this individual:

   a. SANCHEZ is a citizen and national of Mexico.

   b. His date of birth is XXX XX, 1988, and his name is correctly reflected in this affidavit and the complaint to which it is attached.

   c. SANCHEZ, on or about December 26, 2015, at or near Nogales, Arizona, entered the United States without inspection by an immigration official.

   d. SANCHEZ was, on January 5, 2016, arrested by US Border Patrol (USBP) near Amado, Arizona. SANCHEZ was served an Expedited Order of Removal at Tucson, Arizona.

   e. SANCHEZ was, on January 6, 2016, removed from the United States to Mexico at Calexico, California, after he was warned of the penalties for reentry.

   f. SANCHEZ, of his own volition, illegally reentered the United States on an unknown date, at an unknown place, without inspection by an immigration official.

   g. SANCHEZ was, on August 1, 2023, administratively arrested by ICE from the Hoke County Jail in Raeford, North Carolina. ICE reinstated the prior removal order at Cary, North Carolina.

KS

2

h. SANCHEZ was, on August 21, 2023, removed from the United States to Mexico at Brownsville, Texas, after he was warned of the penalties for reentry.

i. SANCHEZ, of his own volition, illegally reentered the United States on or about September 24, 2023, at or near Eagle Pass, Texas, without inspection by an immigration official.

j. SANCHEZ was, on September 25, 2023, arrested near Eagle Pass by the USBP and his prior removal order was reinstated.

k. SANCHEZ was, on September 26, 2023, removed by air from the United States to Mexico at Eagle Pass, Texas, after he was warned of the penalties for reentry.

l. SANCHEZ, of his own volition, illegally reentered the United States on an unknown date, at an unknown place, and did so without obtaining the express consent of the Attorney General, or his successor the Secretary of Homeland Security, to reapply for admission.

5. A search of ICE databases reveals that SANCHEZ did not seek permission of the United States Attorney General, or the Secretary of Homeland Security, to reenter as required by 8 U.S.C. § 1360(d).

6. On December 29, 2024, SANCHEZ was arrested in Cumberland County, North Carolina, for hit and run, driving while impaired, resisting a public officer, and

KS

3

failure to stop for a red light. Fingerprints submitted from this arrest identified SANCHEZ as a previously removed alien. ICE lodged a detainer with the county jail.

7. On March 19, 2025, SANCHEZ was convicted in the Cumberland County District Court and sentenced to time served for driving while impaired. SANCHEZ was transferred with his ICE detainer to Robeson County after failing to appear there on other impaired driving charges.

[Remainder of page intentionally left blank]

8. Based on all the foregoing, I, Frederick Tarry, believe that there is ample probable cause to conclude that Jairo Sanchez-Vazquez is in fact guilty of illegal reentry into the United States by an alien previously removed, in violation of Title 8 U.S.C. § 1326(a), and respectfully ask that the Court issue a warrant ordering his arrest for such crime.

Further your Affiant sayeth not.

*[signature]*

Frederick Tarry
Deportation Officer
Immigration & Customs Enforcement

On this **26** day of June 2025, Deportation Officer Frederick Tarry appeared before me via telephone, was placed under oath, and attested to the contents of this affidavit.

*[signature]*

JAMES E. GATES
United States Magistrate Judge
Eastern District of North Carolina